IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MELANIE DAVIS,

                    Plaintiff,                                    **8:17CV449**

          vs.

                                                          **ORDER TO SHOW CAUSE**

MIRACLE HILLS SHOPPING CENTER,
L.L.C.,

                    Defendant.

 

      This matter comes before the court after a review of the court file and pursuant to NECivR 41.2, which states in relevant part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

      Plaintiff commenced this action on November 21, 2017, (Filing No. 1). On December 20, 2017, the Court granted the Defendant's Stipulated Motion for Extension of Time to Answer or Otherwise Respond (Filing No. 5), extending its responsive pleading deadline to January 18, 2018. No further action has taken place in this case. Plaintiff has a duty to prosecute the case against Defendant. Plaintiff may, for example, seek default in accordance with the applicable rules, voluntarily dismiss the action, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute or the action must be dismissed. Accordingly,

      **IT IS ORDERED:** On or before **March 9, 2018**, Plaintiff must show cause why this case should not be dismissed for failure to prosecute or take some other appropriate action.

      Dated this 20th day of February, 2018.

                                        BY THE COURT:

                                        s/ Michael D. Nelson
                                        United States Magistrate Judge